## LUCKMAN v. DUNBAR, CORRECTIONS DIRECTOR, ET AL.

No. 63, Misc. Decided April 15, 1963.

Petitioner *pro se.*

*Stanley Mosk,* Attorney General of California, and *Robert R. Granucci* and *John S. McInerny,* Deputy Attorneys General, for respondents.

PER CURIAM.

The motion for leave to proceed *in forma pauperis* and the petition for writ of certiorari are granted. The judgment is vacated and the case is remanded for further consideration in light of *Douglas* v. *California,* 372 U. S. 353.

MR. JUSTICE CLARK and MR. JUSTICE HARLAN dissent for the reasons stated in their opinions in *Douglas* v. *California,* 372 U. S., at 358, 360.

## PUNTARI v. PENNSYLVANIA.

No. 718, Misc. Decided April 15, 1963.

PER CURIAM.

The appeal is dismissed. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari is denied.